IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERMA LLOYD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-2976 |
| ACADEMY COLLECTION SERVICES, et al. | : | |

**O R D E R**

**AND NOW, TO WIT:** This 14th day of November, 2008, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:  s/Lynn Meyer
     Lynn Meyer
     Deputy Clerk

cc:   Robert Cocco, Esquire (e-mail)
      Dean Malik, Esquire (e-mail)
      Andrew Schwartz, Esquire (e-mail)

O:\41(b) Orders to Dismiss\Lloyd v. Academy 08-2976 - 41b order.wpd